UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. JEWETT, | CASE NO. 2:10-CV-00556-WBS-KJM |
| Plaintiff, | ORDER ON PLAINTIFF'S REQUEST FOR CONTINUANCE |
| vs. | |
| CITY OF SACRAMENTO FIRE DEPARTMENT; B. COOK; R. COPLEN; J. ARROYO; and DOES 1 through 20, Inclusive, | Date:  05-24-10<br>Time:  02:00 p.m.<br>Dept:  5 |
| Defendants. | |

Plaintiff has filed a motion to continue the date for hearing on defendants' motions to dismiss and strike, upon the ground that plaintiff's counsel has a calendar conflict on May 24, 2010. Defendants oppose the motion. Upon review, the court finds the motions suitable for submission without oral argument, pursuant to the provisions of Local Rule 230 (c) and (g). Accordingly, the hearing date of May 24, 2010, is vacated and the motions will be taken under submission without oral argument.

IT IS SO ORDERED.

DATED:  May 18, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28