EILEEN M. TEICHERT, City Attorney (SBN 167027)
**MARCOS A. KROPF, Senior Deputy City Attorney (SBN 180898)**
MKropf@cityofsacramento.org
CITY OF SACRAMENTO
Mailing:  P.O. Box 1948, Sacramento, CA  95812-1948
Office:  915 I Street, 4th Floor, Sacramento, CA  95814
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO FIRE DEPARTMENT

MARY C. POLANSKY-GRAVATT (SBN 262093)
mary@polanskygravattlaw.com
LAW OFFICES OF MARY C. POLANSKY-GRAVATT
164 Maple Street, Suite 5
Auburn, CA  95603
Telephone:  (530) 823-2600
Telecopier:  (530) 823-7100

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. JEWETT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SACRAMENTO FIRE DEPARTMENT, B. COOK, R. COPLEN, J. ARROYO and DOES 1-20,<br><br>　　　　Defendants. | Case No.:  2:10-CV-00556-WBS-KJN<br><br>**STIPULATION TO DISMISS 42 U.S.C. § 1983 CLAIMS AND REQUEST REMAND TO STATE COURT; ORDER THEREON** |

　　　Plaintiff Robert L. Jewett and defendant City of Sacramento Fire Department, by and through their counsel of record, agree and stipulate to the dismissal, with prejudice, of the remaining claims alleged in this action under 42 U.S.C. § 1983.  Furthermore, upon

/////

/////

1

dismissal of those clams the parties request that the court remand this action with the remaining state law claims to the Sacramento Superior Court.

Dated:   October 6, 2010                             EILEEN M. TEICHERT,
                                                                          City Attorney




                                                              By:  /s/ Marcos Kropf
                                                                    **MARCOS A. KROPF**
                                                                    Senior Deputy City Attorney

                                                                    Attorneys for the
                                                                    CITY OF SACRAMENTO
                                                                    FIRE DEPARTMENT




Dated:  October 6, 2010                              LAW OFFICES OF
                                                                          MARY C. POLANSKY-GRAVATT




                                                              By:  /s/ Mary Polansky-Gravatt
                                                                    **MARY C. POLANSKY-GRAVATT**
                                                                    Attorney for ROBERT L. JEWETT



## **ORDER**

Plaintiff Robert L. Jewett and defendant City of Sacramento Fire Department have agreed to the dismissal, with prejudice, of any remaining claims alleged under 42 U.S.C. § 1983.

IT IS THEREFORE ORDERED that any remaining claims alleged in this action under 42 U.S.C. § 1983 are dismissed with prejudice.

/////

/////

1   AND IT IS FURTHER ORDERED that this case be, and the same is, remanded to the
2   Superior Court of the State of California, in and for the County of Sacramento.
3   DATED: October 8, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

145669

STIPULATION TO DISMISS 42 U.S.C. § 1983 CLAIMS AND
REQUEST REMAND TO STATE COURT; ORDER THEREON